UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-6578 PSG (MRWx) | Date | October 13, 2015 |
|---|---|---|---|
| Title | Rafael Villareal v. Darrel Bull, et al. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DISMISSING CASE

On September 2, 2015, the Court issued an order directing plaintiff to pay an initial filing fee of $20.00 within thirty (30) days. The order also advised plaintiff that failure to pay the filing fee may result in dismissal of the case. To date, plaintiff has not paid the initial filing fee.

Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.